B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Savino, Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7414** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**16621 W. Oneida Drive**<br>**Lockport, IL**<br>ZIP Code **60441** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

■ Debts are primarily
business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Savino, Joseph** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ |
| | Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Savino, Joseph** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Savino**
Signature of Debtor  **Joseph Savino**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November 11, 2010**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**November 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Joseph Savino** _____    Case No. _____

_____
Debtor(s)    Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                          Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Joseph Savino**
                                    **Joseph Savino**
Date:    **November 11, 2010**

B6D (Official Form 6D) (12/07)

In re  **Joseph Savino**                                      ,    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| **0** continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | **0.00** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Joseph Savino**                                                                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Joseph Savino**                                                                 ,    Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Business Debt | | | | | |
| City of Chicago Dept. of Consumer Services 50 N. Washington St., Room 208 Chicago, IL 60602 | - | | | | | | | X | Unknown | Unknown |
| | | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | Business Debt | | | | | |
| Cook County Treasurer 118 N. Clark St., Room 112 Chicago, IL 60602 | - | | | | | | | X | Unknown | Unknown |
| | | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | Unemployment payroll taxes | | | | | |
| Illinois Department of Employment IDES Northern Region 260 East Indian Trail Rd. Aurora, IL 60505 | - | | | | | | | X | Unknown | Unknown |
| | | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | State Withholding | | | | | |
| Illinois Department of Revenue Springfield, IL 62719-0001 | - | | | | | | | X | Unknown | Unknown |
| | | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | Trust Fund Portion of Payroll Taxes | | | | | |
| Indiana Department of Revenue 100 N. Senate Ave. Indianapolis, IN 46204 | - | | | | | | | X | Unknown | Unknown |
| | | | | | | | | | Unknown | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Joseph Savino**                                                    ,    Case No. _____
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service<br>Kansas City, MO 64999-0002** | - | | **Trust Fund Portion of Payroll Taxes** | | | X | Unknown<br><br>**Unknown** | **Unknown**<br><br>**80,000.00** |
| Account No.<br><br>**State of Wisconsin Dept. of Revenue<br>2135 Rimrock Road<br>P.O. Box 8901<br>Madison, WI 53708-8901** | - | | **State Withholding Taxes** | | | X | Unknown<br><br>**Unknown** | **Unknown**<br><br>**0.00** |
| Account No.<br><br>**Wisconsin Department of Workforce Development–General Accounting<br>P.O. Box 7945<br>Madison, WI 53707-7945** | - | | **State Unemployment Insurance Taxes** | | | X | Unknown<br><br>**Unknown** | **Unknown**<br><br>**0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | | **0.00**    **80,000.00** |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | **0.00**    **80,000.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Joseph Savino**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Affiliated Mortgage**<br>**101 Crosley Street**<br>**West Monroe, LA 71291** | - | | | | | X | **Unknown** |
| Account No. **xxxx xxxx xxx6002** | | | | | | | |
| **American Express**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | | | | | | | **12,240.56** |
| Account No. **xxx504X** | | | Business Debt | | | | |
| **Aramark**<br>**1851 Howard St., Suite F**<br>**Elk Grove Village, IL 60007** | - | | | | | | **2,876.03** |
| Account No. **xxx5288** | | | Business Debt | | | | |
| **AT&T**<br>**c/o Debt Collection Systems**<br>**8 S. Michigan Ave., Suite 618**<br>**Chicago, IL 60603** | - | | | | | | **9,445.44** |

|  | Subtotal | **24,562.03** |
|---|---|---|
| __**13**__ continuation sheets attached | (Total of this page) | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:23645-101029    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Savino** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Bank of America**<br>**Attn: Bankruptcy NC4-104-02-99**<br>**P.O. Box 26012**<br>**Greensboro, NC 27410** | X | - | | | **16621 West Oneida Drive, Lockport, Illinois, 60441 (1/2 interest)** | | | | 250,000.00 |
| Account No. **xxxx/6488**<br><br>**Bank of America Home Loans**<br>**8521 Fallbrook Ave. WH-51M**<br>**Canoga Park, CA 91304** | X | - | | | **Business Debt** | | | | 3,269,350.91 |
| Account No. **xx2563**<br><br>**Blue Cross/Blue Shield of Illinois**<br>**300 East Randolph Street**<br>**Chicago, IL 60601** | X | - | | | **Universal Financial Group Health Insurance Premiums** | | | | 16,948.44 |
| Account No.<br><br>**Bolingbrook Real Estate Management**<br>**425 Quadrangle Dr.**<br>**Suite 250**<br>**Bolingbrook, IL 60440** | X | - | | | **Business Debt** | | | X | Unknown |
| Account No.<br><br>**Capital One Bank (USA), N.A.**<br>**c/o Blatt, Hasenmiller, Leibsker**<br>**125 S. Wacker Dr., Suite 400**<br>**Chicago, IL 60606-4440** | | - | | | **Wage Garnishment Issued to Universal Financial Group, Inc.** | | | X | Unknown |

Sheet no.  __1__  of  __13__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,536,299.35**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joseph Savino**                                              , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-3295** <br><br> **Capital One Credit Card** <br> **PO Box 6492** <br> **Carol Stream, IL 60197-6492** | X | - | | | | | | 5,550.73 |
| Account No. **xx9825** <br><br> **Career Builder LLC** <br> **c/o Euler Hermes UMA** <br> **600 South 7th Street** <br> **Louisville, KY 40201-1672** | | - | | Business Debt | | | | 4,695.20 |
| Account No. **xx-xxx0079** <br><br> **CDW Direct, LLC** <br> **P.O. Box 75723** <br> **Chicago, IL 60675-5723** | | - | | Business Debt | | | | 561.65 |
| Account No. <br><br> **Central Service Credit, Inc.** <br> **425 Quadrangle Dr.** <br> **Bolingbrook, IL 60440** | X | - | | Business Debt | | | X | Unknown |
| Account No. **xxxx-xxxx-xxxx-7537** <br><br> **Chase Credit Card** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886** | | - | | | | | | 19,752.67 |

Sheet no. __**2**___ of __**13**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,560.25

B6F (Official Form 6F) (12/07) - Cont.

In re __**Joseph Savino**_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx-xxxxxx1-000** | | | | **Business Debt** | | | | |
| **CIT Technology Fin Serv, Inc.** **Attn: Customer Service** **PO Box 550599** **Jacksonville, FL 32255-0599** | - | | | | | | | 66,772.26 |
| Account No. **xxxx-xxxx-xxxx-8232** | | | | **Business Debt** | | | | |
| **Citicard** **Box 6000** **The Lakes, NV 89163-6000** | - | | | | | | | 5,150.00 |
| Account No. | | | | **Business Debt** | | | | |
| **Codilis & Associates, P.C.** **Attention:Jason Shulman, Esq.** **15W030 N. Frontage Rd., Suite 100** **Burr Ridge, IL 60527** | - | | | | | | X | **Unknown** |
| Account No. **xxxxxxxxxxxx0988** | | | | **Business Debt** | | | | |
| **Comcast Cable** **PO Box 3002** **Southeastern, PA 19398** | - | | | | | | | 109.90 |
| Account No. **xxxxxx6035** | | | | **Business Debt** | | | | |
| **ComED** **PO Box 6111** **Carol Stream, IL 60197** | - | | | | | | | 250.07 |

Sheet no. _**3**___ of _**13**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **72,282.23**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Savino**                                                                    ,          Case No. _____
                                                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx2023** | | | | Business Debt | | | | |
| ComED PO Box 6111 Carol Stream, IL 60197 | | - | | | | | | 5,533.11 |
| Account No. | | | | Business Debt | | | | |
| Conforti, Albert c/o Eelman, Combs, Latturner 120 S. LaSalle St., 18th Floor Chicago, IL 60603 | X | - | | | | | X | **Unknown** |
| Account No. **xxxx7100** | | | | Business Debt | | | | |
| County of Los Angeles Dept. of Treasurer and Tax Collect. P.O. Box 514818 Los Angeles, CA 90051-4818 | | - | | | | | | 58.64 |
| Account No. | | | | Business Debt | | | | |
| Cozy Carriage 5711 W. 150st Street Oak Forest, IL 60452 | | - | | | | | | 561.65 |
| Account No. | | | | Business Debt | | | | |
| CT PO Box 4349 Carol Stream, IL 60197-4349 | | - | | | | | | 150.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **6,303.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Savino**                                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Business Debt | | | X | |
| **Department of Workforce Development Div. of Unemployment Insurance Col. P.O. Box 7888 Madison, WI 53707-7888** | | | | | | | | | **Unknown** |
| Account No. **xx6075** | | | - | | Business Debt | | | | |
| **Document Systems, Inc. 20501 S. Avalin Blvd., Suite B Carson, CA 90746** | | | | | | | | | **50.00** |
| Account No. | X | | - | | Business Debt | | | X | |
| **Douglas, Marvin and Karen c/o Charles Matthew Howell, Esq. 18110 S. Dixie Hwy., Suite 2NJ Homewood, IL 60430** | | | | | | | | | **Unknown** |
| Account No. | | | - | | Business Debt | | | X | |
| **Edelman, Combs, Latturner 120 S. LaSalle St., 18th Floor Chicago, IL 60603** | | | | | | | | | **Unknown** |
| Account No. | X | | - | | Business Debt | | | X | |
| **Edwin A. Gausselin, III 12513 South Natchez Palos Heights, IL 60463** | | | | | | | | | **Unknown** |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **50.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Savino**                                                    ,          Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx0305** | | | | | Business Debt | | | | |
| Ellie Mae 4155 Hopyard Rd., Suite 200 Pleasanton, CA 94588 | - | | | | | | | | 5,645.00 |
| Account No. **7330** | | | | | Business Debt | | | | |
| Equifax Credit Marketing Services PO Box 945510 Atlanta, GA 30394 | - | | | | | | | | 31,207.48 |
| Account No. | | | | | 425 Quadrangle Drive, Bolingbrook, Illinois, 60440 | | | | |
| Fifth Third P.O. Box 63900 Cincinnati, OH 45263-0900 | X - | | | | | | | | 2,400,000.00 |
| Account No. **xxxx7379** | | | | | Business Debt | | | | |
| First American Corelogic, Inc. P.O. Box 847239 Dallas, TX 75284-7239 | - | | | | | | | | 322.50 |
| Account No. | | | | | 13608 Jessica Lane Homer Glen IL 60491 (1/2 interest) | | | | |
| First National Bank of Ottawa 701 LaSalle Street Ottawa, IL 61350 | X - | | | | | | | | 260,000.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   2,697,174.98

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Savino**                                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Business Debt | | | | |
| **Franklin American Mortgage Company** **501 Corporate Centre Drive,** **Suite 400** **Franklin, TN 37067** | | | | | | | **Unknown** |
| Account No. **xxxxxxx4820** | | - | Business Debt | | | | |
| **GE Capital** **P.O. Box 740423** **Atlanta, GA 30374-0423** | | | | | | | **10,650.53** |
| Account No. **xx-xxxx763-7** | | - | Business Debt | | | | |
| **Illinois American Water** **P.O. Box 94551** **Palatine, IL 60094-4551** | | | | | | | **289.68** |
| Account No. **xxx9807** | | - | Business Debt | | | | |
| **Illinois Department of** **Employment Security** **P.O. Box 3637** **Springfield, IL 62708-3637** | | | | | | | **19,941.77** |
| Account No. **xxxx1000** | | - | | | | | |
| **Javeed Akhter, M.D.** **1206 E. 9th Street** **Lockport, IL 60441** | | | | | | | **220.00** |

Sheet no. __7___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,101.98**

B6F (Official Form 6F) (12/07) - Cont.

In re __Joseph Savino_____,                Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Kane & Associates 425 Quadrangle Dr Suite 220 Bolingbrook, IL 60440 | X | - | | | | | X | Unknown |
| Account No. | | | | Business Debt | | | | |
| Ken Kane 13920 Green Valley Drive Orland Park, IL 60467 | X | - | | | | | X | Unknown |
| Account No. x7130 | | | | Business Debt | | | | |
| Kramer, Leonard 312 Roberts Road Chesterton, IN 46304 | | - | | | | | | 2,269.43 |
| Account No. xxxxx7191 | | | | Business Debt | | | | |
| Landsafe Inc. PO Box 650530 Dallas, TX 75265 | | - | | | | | | 2,560.00 |
| Account No. | | | | Business Debt | | | | |
| Law Offices of Timmins, LLC 450 East 17th Ave., Suite 210 Denver, CO 80203 | | - | | | | | | 38,720.61 |

Sheet no. __8___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        43,550.04

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Savino**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | X | - | Business Debt | | | X | |
| **Lily Cache Building Development**<br>**425 Quadrangle Dr.**<br>**Suite 250**<br>**Bolingbrook, IL 60440** | | | | | | | | **Unknown** |
| Account No. **xx2006** | | | - | Business Debt | | | | |
| **LPS**<br>**3100 New York Dr.**<br>**Suite 100**<br>**Pasadena, CA 91107** | | | | | | | | **2,183.00** |
| Account No. **x3008** | | | - | Business Debt | | | | |
| **LPS Verification Bureau**<br>**c/o US Bank Chicago Lockbox**<br>**5300 S. Cicero**<br>**Chicago, IL 60638** | | | | | | | | **21,463.74** |
| Account No. **xxxx1884** | | | - | Business Debt | | | | |
| **MailFinance**<br>**PO Box 45840**<br>**San Francisco, CA 94145** | | | | | | | | **95.78** |
| Account No. **xxxxx2379** | | | - | | | | | |
| **Mariana Gigea, M.D. Pediatrics, S.**<br>**10743 W. 159th St.**<br>**Orland Park, IL 60467** | | | | | | | | **370.00** |

Sheet no. __9___ of __13___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,112.52**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Savino**                                              ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Business Debt | | | | |
| **Merchant Services** **Mail Drop 1MOC3D** **Madisonville Operations** **Cincinnati, OH 45263** | | | | | | | 65.95 |
| Account No. **xxx2158** | | - | Business Debt | | | | |
| **MERS** **13059 Collections Center Drive** **Chicago, IL 60693** | | | | | | | 284.95 |
| Account No. **xxxx1001** | | - | | | | | |
| **Narendra K. Garg, M.D.** **1879 Bay Scott Circle, Suite 112** **Naperville, IL 60540** | | | | | | | 5,260.80 |
| Account No. **xxxxxxxx-xxx0105** | | - | Business Debt | | | | |
| **Neopost Inc.** **PO Box 45800** **San Francisco, CA 94145** | | | | | | | 1,437.99 |
| Account No. **xx-xx-xx-x355 6** | | - | Business Debt | | | | |
| **Nicor Gas** **P.O. Box 2020** **Aurora, IL 60507** | | | | | | | 542.87 |

Sheet no. __**10**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            **7,592.56**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Savino**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xx-xx-x246 5** | | - | | Business Debt | | | | |
| **Nicor Gas** **P.O. Box 2020** **Aurora, IL 60507** | | | | | | | | 411.50 |
| Account No. | X | - | | Business Debt | | | X | |
| **North American Holdings II, Inc.** **425 Quadrangle Dr.** **Bolingbrook, IL 60440** | | | | | | | | Unknown |
| Account No. **xxxx0725** | | - | | Business Debt | | | | |
| **Office Equipment Finance Services** **P.O. Box 70448** **Saint Louis, MO 63179-0448** | | | | | | | | 6,527.69 |
| Account No. | | - | | Business Debt | | | | |
| **Record Information Systems** **2S101 Harter Road** **Kaneville, IL 60144** | | | | | | | | Unknown |
| Account No. **xxxx-xxx-xxxxxx7993** | | - | | Business Debt | | | | |
| **Richmond North Associates, Inc.** **PO Box 963** **4232 Ridge Lea Rd.** **Amherst, NY 14226-0963** | | | | | | | | 518.69 |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **7,457.88**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph Savino**                                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxx/xxxxx9023** | | - | | Business Debt | | | | |
| **Sprint** **P.O. Box 8077** **London, KY 40742** | | | | | | | | 643.45 |
| Account No. | | - | | Business Debt | | | | |
| **Staples Business Advantage** **Dept. DET$** **P.O. Box 83689** **Chicago, IL 60696-3689** | | | | | | | | 626.43 |
| Account No. **xxxxxxx/xxx1222** | | - | | Business Debt | | | | |
| **Talx Corporation** **11432 Lackland** **Saint Louis, MO 63146** | | | | | | | | 3,100.50 |
| Account No. **xxxxxxxxA 680** | | - | | Business Debt | | | | |
| **Travelers Insurance** **CL Remittance Center** **Hartford, CT 06183-1008** | | | | | | | | 5,078.00 |
| Account No. **xx-xxxxxx5793** | | - | | Business Debt | | | | |
| **U.S. Bank** **P.O. Box 790408** **Saint Louis, MO 63179-0408** | | | | | | | | 48,865.02 |

Sheet no. _**12**_ of _**13**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,313.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph Savino**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Business Debt | | | X | |
| **Universal Financial Group**<br>**425 Quadrangle Dr.**<br>**Bolingbrook, IL 60440** | | | | | | | | **Unknown** |
| Account No. | X | | - | 425 Quadrangle Drive, Bolingbrook, Illinois, 60440 | | | | |
| **US Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | | | | | | | | **500,000.00** |
| Account No. **xxx-xxxxxxx-x007-7** | | | - | Business Debt | | | | |
| **Waste Management**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197-4648** | | | | | | | | **623.60** |
| Account No. | X | | - | Business Debt | | | X | |
| **Wells Fargo Bank, N.A.**<br>**P.O. box 54780**<br>**Los Angeles, CA 90054-0780** | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **500,623.60** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **7,039,984.22** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Joseph Savino**

_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Joseph Savino**
_____
Printed Name(s) of Debtor(s)

X  **/s/ Joseph Savino**                **November 11, 2010**
_____
Signature of Debtor                          Date

Case No. (if known)  _____

X  _____
Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph Savino** _____     Case No. _____

_____ Debtor(s)     Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **78**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November 11, 2010** _____     **/s/ Joseph Savino** _____

**Joseph Savino**

Signature of Debtor

.

Affiliated Mortgage
101 Crosley Street
West Monroe, LA 71291


American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


Aramark
1851 Howard St., Suite F
Elk Grove Village, IL 60007


AT&T
c/o Debt Collection Systems
8 S. Michigan Ave., Suite 618
Chicago, IL 60603


Bank of America
Attn: Bankruptcy NC4-104-02-99
P.O. Box 26012
Greensboro, NC 27410


Bank of America Home Loans
8521 Fallbrook Ave. WH-51M
Canoga Park, CA 91304


Blue Cross/Blue Shield of Illinois
300 East Randolph Street
Chicago, IL 60601


Bolingbrook Real Estate Management
425 Quadrangle Dr.
Suite 250
Bolingbrook, IL 60440


Capital One Bank (USA), N.A.
c/o Blatt, Hasenmiller, Leibsker
125 S. Wacker Dr., Suite 400
Chicago, IL 60606-4440


Capital One Credit Card
PO Box 6492
Carol Stream, IL 60197-6492

Career Builder LLC
c/o Euler Hermes UMA
600 South 7th Street
Louisville, KY 40201-1672


CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723


Central Service Credit, Inc.
425 Quadrangle Dr.
Bolingbrook, IL 60440


Chase Credit Card
P.O. Box 15153
Wilmington, DE 19886


CIT Technology Fin Serv, Inc.
Attn: Customer Service
PO Box 550599
Jacksonville, FL 32255-0599


Citicard
Box 6000
The Lakes, NV 89163-6000


City of Chicago
Dept. of Consumer Services
50 N. Washington St., Room 208
Chicago, IL 60602


Codilis & Associates, P.C.
Attention:Jason Shulman, Esq.
15W030 N. Frontage Rd., Suite 100
Burr Ridge, IL 60527


Comcast Cable
PO Box 3002
Southeastern, PA 19398


ComED
PO Box 6111
Carol Stream, IL 60197

Conforti, Albert
c/o Eelman, Combs, Latturner
120 S. LaSalle St., 18th Floor
Chicago, IL 60603


Cook County Treasurer
118 N. Clark St., Room 112
Chicago, IL 60602


County of Los Angeles
Dept. of Treasurer and Tax Collect.
P.O. Box 514818
Los Angeles, CA 90051-4818


Cozy Carriage
5711 W. 150st Street
Oak Forest, IL 60452


CT
PO Box 4349
Carol Stream, IL 60197-4349


Department of Workforce Development
Div. of Unemployment Insurance Col.
P.O. Box 7888
Madison, WI 53707-7888


Document Systems, Inc.
20501 S. Avalin Blvd., Suite B
Carson, CA 90746


Douglas, Marvin and Karen
c/o Charles Matthew Howell, Esq.
18110 S. Dixie Hwy., Suite 2NJ
Homewood, IL 60430


Edelman, Combs, Latturner
120 S. LaSalle St., 18th Floor
Chicago, IL 60603


Edwin A. Gausselin, III
12513 South Natchez
Palos Heights, IL 60463

Ellie Mae
4155 Hopyard Rd., Suite 200
Pleasanton, CA 94588


Equifax Credit Marketing Services
PO Box 945510
Atlanta, GA 30394


Fifth Third
P.O. Box 63900
Cincinnati, OH 45263-0900


First American Corelogic, Inc.
P.O. Box 847239
Dallas, TX 75284-7239


First National Bank of Ottawa
701 LaSalle Street
Ottawa, IL 61350


Franklin American Mortgage Company
501 Corporate Centre Drive,
Suite 400
Franklin, TN 37067


GE Capital
P.O. Box 740423
Atlanta, GA 30374-0423


Illinois American Water
P.O. Box 94551
Palatine, IL 60094-4551


Illinois Department of
   Employment Security
P.O. Box 3637
Springfield, IL 62708-3637


Illinois Department of Employment
IDES Northern Region
260 East Indian Trail Rd.
Aurora, IL 60505

Illinois Department of Revenue
Springfield, IL 62719-0001


Indiana Department of Revenue
100 N. Senate Ave.
Indianapolis, IN 46204


Internal Revenue Service
Kansas City, MO 64999-0002


James V. Savino
15554 Janas Drive
Homer Glen, IL 60491


Javeed Akhter, M.D.
1206 E. 9th Street
Lockport, IL 60441


Kane & Associates
425 Quadrangle Dr
Suite 220
Bolingbrook, IL 60440


Ken Kane
13920 Green Valley Drive
Orland Park, IL 60467


Kramer, Leonard
312 Roberts Road
Chesterton, IN 46304


Landsafe Inc.
PO Box 650530
Dallas, TX 75265


Law Offices of Timmins, LLC
450 East 17th Ave., Suite 210
Denver, CO 80203


Lily Cache Building Development
425 Quadrangle Dr.
Suite 250
Bolingbrook, IL 60440

LPS
3100 New York Dr.
Suite 100
Pasadena, CA 91107


LPS Verification Bureau
c/o US Bank Chicago Lockbox
5300 S. Cicero
Chicago, IL 60638


MailFinance
PO Box 45840
San Francisco, CA 94145


Mariana Gigea, M.D. Pediatrics, S.
10743 W. 159th St.
Orland Park, IL 60467


Merchant Services
Mail Drop 1MOC3D
Madisonville Operations
Cincinnati, OH 45263


MERS
13059 Collections Center Drive
Chicago, IL 60693


Michele Savino
16621 W. Oneida Drive
Lockport, IL 60441


Michele Savino Family Trust
   Dated 3/20/07
16621 West Oneida Drive
Lockport, IL 60441


Narendra K. Garg, M.D.
1879 Bay Scott Circle, Suite 112
Naperville, IL 60540


Neopost Inc.
PO Box 45800
San Francisco, CA 94145

Nicor Gas
P.O. Box 2020
Aurora, IL 60507


North American Holdings II, Inc.
425 Quadrangle Dr.
Bolingbrook, IL 60440


Office Equipment Finance Services
P.O. Box 70448
Saint Louis, MO 63179-0448


Record Information Systems
2S101 Harter Road
Kaneville, IL 60144


Richmond North Associates, Inc.
PO Box 963
4232 Ridge Lea Rd.
Amherst, NY 14226-0963


Sprint
P.O. Box 8077
London, KY 40742


Staples Business Advantage
Dept. DET$
P.O. Box 83689
Chicago, IL 60696-3689


State of Wisconsin Dept. of Revenue
2135 Rimrock Road
P.O. Box 8901
Madison, WI 53708-8901


Talx Corporation
11432 Lackland
Saint Louis, MO 63146


Travelers Insurance
CL Remittance Center
Hartford, CT 06183-1008

```
U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Universal Financial Group
425 Quadrangle Dr.
Bolingbrook, IL 60440


Universal Financial Group
425 Quadrangle Drive
Bolingbrook, IL 60440


US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648


Wells Fargo Bank, N.A.
P.O. box 54780
Los Angeles, CA 90054-0780


Wisconsin Department of Workforce
   Development--General Accounting
P.O. Box 7945
Madison, WI 53707-7945
```